

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2016

No. 04-16-00214-CV

Nahid Abdulhameed **ABBOOD,**
Appellant

v.

Nagham Sabah **KAREEM,**
Appellee

From the 201st District Court, Travis County, Texas
Trial Court No. D-1-FM-13-002661
The Honorable Charles R. Ramsay, Judge Presiding

## O R D E R

Appellant's motion for appointment of counsel on appeal is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court